**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

April 16, 2010

Hon. Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building
& U.S. Courthouse
Room 5050
402 E. State Street
Trenton, New Jersey 08608

Re: **In re Verizon Wireless Data Charges Litigation**
**Civil Action No. 3:10-civ-01749-FLW-TJB**

Dear Judge Wolfson:

Together with our co-counsel, this office represents plaintiffs in litigation that is encompassed within this MDL matter. I write on behalf of plaintiffs in the cases listed on the attached Exhibit A. Those cases represent the vast majority of the constituent matters in this MDL.

We obtained a copy of Interim Liaison Class Counsel's April 8, 2010 letter to the Court. That letter implicitly assumes that the interim plaintiffs' leadership structure will be continued. We understand, however, that the Court normally sets a schedule to address plaintiffs' leadership issues. At the appropriate time, we may propose a different structure that would better serve the interests of plaintiffs and the class as this matter is now configured.

If the Court believes that a status conference regarding the Court's conceptual preferences regarding a leadership structure would be desirable, we stand ready to participate in such a conference at any time. Thank you very much for your consideration.

Respectfully,

Bruce D. Greenberg

BDG:nd
Attachment

234815 v2