

HENINGER GARRISON DAVIS, LLC

2224 1ST AVENUE NORTH
BIRMINGHAM, AL . 35203
P.O. BOX 11310
BIRMINGHAM, AL . 35202
PHONE: (205) 326-3336
(800) 241-9779
FAX: (205) 326-3332
WWW.HGDLAWFIRM.COM

Jeffrey P. Leonard
jleonard@hgdlawfirm.com

June 11, 2010

Clerk of Court
United States District Court
Clarkson S. Fischer Federal Building & U.S. Courthouse
Room 2020
402 E. State Street
Trenton, New Jersey 08608

Re: In re Verizon Wireless Data Charges Litigation, Civ. No. 3:10-cv-01749-FLW-LHG

Dear Sir/Madam:

Enclosed please find correspondence to Hon. Freda L. Wolfson in the above referenced matter. It would be greatly appreciated if you would file same and make part of the record.

Respectfully yours,

HENINGER GARRISON DAVIS, LLC

Jeffrey P. Leonard, Esq.

JPL/php

RECEIVED
JUN 1 5 2010
AT 8:30
WILLIAM



HENINGER GARRISON DAVIS, LLC

2224 1ST AVENUE NORTH
BIRMINGHAM, AL . 35203
P.O. BOX 11310
BIRMINGHAM, AL . 35202
PHONE: (205) 326-3336
(800) 241-9779
FAX: (205) 326-3332
WWW.HGDLAWFIRM.COM

Jeffrey P. Leonard
jleonard@hgdlawfirm.com

June 11, 2010

<u>Via U.S. Mail</u>

Hon. Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fischer Federal Building & U.S. Courthouse
Room 5050
402 E. State Street
Trenton, New Jersey 08608

RECEIVED
JUN 1 5 2010
AT 8:30_____ M
WILLIAM T W....
CLERK

Re:   In re Verizon Wireless Data Charges Litigation, Civ. No. 3:10-cv-01749-FLW-LHG

Dear Judge Wolfson:

My firm represents the plaintiff in *Slater v. Cellco P'ship, d/b/a Verizon Wireless*, 1:09-cv-3392-CC (N.D. Ga.). *Slater* was the first Verizon Wireless data charges class action filed (on December 3, 2009) after the *Moore v. Cellco P'ship*, 3:09-cv-4592-FLW-LHG, case was filed in this Court on September 4, 2009. The *Slater* case was the subject of the *Moore* plaintiffs' § 1407 motion to consolidate and transfer and was subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation on April 2, 2010.

I write to address Mr. Bruce Greenberg's letters of May 28, 2010 (Dkt. No. 8) and June 7, 2010 (Dkt. No. 13) to Your Honor. First, Mr. Greenberg purports to write on behalf of the plaintiffs and law firms listed on "Exhibit A" to his letters. The first case listed on Exhibit A is the *Slater* case. Mr. Greenberg, however, does not speak on behalf of plaintiff Slater or my office, nor was I consulted prior to the dispatch of those letters. I suspect that the inclusion of the *Slater* case, my name and my firm on Exhibit A was an honest mistake.

Hon. Freda L. Wolfson, U.S.D.J.
Re: Civ. No. 3:10-cv-01749-FLW-LHG
June 11, 2010
Page Two

Second, Mr. Greenberg's May 28, 2010 letter does not accurately portray the status of discussions among counsel relating to the plaintiff class leadership structure. I in conjunction with other counsel in cases transferred – or to be transferred – to this Court by the JPML continue to engage in discussions with Interim Co-Lead Class Counsel regarding the most efficient and most inclusive leadership structure, as noted in Mr. Peter Bezek's letter to the Court dated June 4, 2010 (Dkt. No. 12). Those discussions have been positive, and we believe will ultimately assist the Court in the selection of an appropriate structure.

One of the lawyers on behalf of whom Mr. Greenberg purports to write his letters, Mr. Daniel Karon, was at one time engaged in those discussions. Mr. Karon, however, chose to voluntarily exclude himself from those discussions for reasons unknown. While we understand that Mr. Greenberg and, apparently, Mr. Karon now desire a briefing schedule regarding the plaintiff class leadership structure, they have been encouraged to participate in the ongoing discussions mentioned above.

Of course, should the Court so desire, it would be our pleasure to appear for a status conference and/or provide the Court with briefing relating to leadership structure issues.

The Court's consideration of this letter is greatly appreciated.

Respectfully yours,

HENINGER GARRISON DAVIS, LLC

Jeffrey P. Leonard, Esq.

JPL/php

cc: Bruce D. Greenberg, Esq.
    Peter J. Bezek, Esq.
    Dan Marmalefsky, Esq.
    Todd L. Schleifstein, Esq.
    W. Lewis Garrison, Jr., Esq.
    All other counsel of record
    Clerk of Court (for filing)